AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF**

UNITED STATES OF AMERICA

v.

HECTOR A. OQUENDO

**WARRANT FOR ARREST**

CASE NUMBER:

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV 17 P 5:05

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   HECTOR A. OQUENDO
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Mail Fraud and Wire Fraud

in violation of
Title   18   United States Code, Section(s)   1341, 1343

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

11-17-04   Boston
Date and Location

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/9/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.