UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10343-NG

UNITED STATES OF AMERICA

v.

HECTOR A. OQUENDO

## FURTHER ORDER ON EXCLUDABLE TIME

February 3, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 24, 2005 through March 21, 2005

that being the period between the originally scheduled Initial Status Conference and the Interim Status Conference.

Based upon the prior order of the court dated December 13, 2004, and this order, at the time of the Interim Status Conference on March 21, 2005, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (January 10, 2005 - January 23, 2005) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge