UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10343-NG

UNITED STATES OF AMERICA

v.

HECTOR A. OQUENDO

**FURTHER ORDER ON EXCLUDABLE TIME**

April 27, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 27, 2005 through May 31, 2005

that being the period between the Interim Status Conference and the next Interim Status Conference.

Based upon the prior orders of the court dated December 13, 2004, February 3, 2005, March 11, 2005 and this order, at the time of the Interim Status Conference on May 31, 2005, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (January 10, 2005 - January 23, 2005) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

／s／ Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge