UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 04-10343-NG** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HECTOR OQUENDO** | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**

      Now come the parties to the above-captioned matter and request this Court continue the status conference *(presently set for May 31, 2005)* to and including June 23, 2005 at 2:15 p.m. and further the parties request that the period of time from May 31, 2005 through and including June 23, 2005 be excluded, for Speedy Trial Act purposes, pursuant to the provisions of 18 U.S.C. § 3161 (g)(8) (A).

      As grounds the parties state:

1.    There is a meeting which could lead to a resolution of the case short of trial scheduled for June 1, 2005 and further meetings may be required; and

2.    Defense counsel will be out of the district of Massachusetts on a preplanned vacation June 7, 2005 – through June 20, 2005.


Respectfully Submitted,                                        Respectfully Submitted,
**HECTOR OQUENDO,**                                    **MICHAEL J. SULLIVAN**,
By his attorney,                                                United States Attorney,


/s George F. Gormley                                  By: /s  Seth P. Berman
George F. Gormley                                         Seth P. Berman
*George F. Gormley, P.C.*                           Assistant U.S. Attorney
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140


**Dated:** May 31, 2005

Case 1:04-cr-10343-NG     Document 13     Filed 05/31/2005     Page 2 of 2