UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10343-NG

UNITED STATES OF AMERICA

v.

HECTOR OQUENDO

**FINAL STATUS REPORT**

June 23, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, June 23, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D):

1. It is likely that the defendant will enter a plea. However, the terms of a plea agreement have not yet been finalized.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated December 13, 2004, February 3, 2005, March 11, 2005, April 27, 2005, and June 1, 2005, as of the Final Status Conference on June 23, 2005 there were fourteen (**14**) days of non-excludable time under the Speedy Trial Act (January 10, 2005 - January 23, 2005) and fifty-six (**56**) days remaining under the Speedy Trial Act in which this case must be tried. The court has on this date entered a Further Order on Excludable Time excluding the period June 23, 2005 through July 25, 2005 in order to give the parties time to finalize the plea agreement.

5. No trial is anticipated.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge