UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10343-NG

UNITED STATES OF AMERICA

v.

HECTOR A. OQUENDO

## FURTHER ORDER ON EXCLUDABLE TIME

June 23, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 23, 2005 through July 25, 2005

that being the period following the Final Status Conference to enable the parties to finalize the plea agreement.

Based upon the prior orders of the court dated December 13, 2004, February 3, 2005, March 11, 2005, April 27, 2005, June 1, 2005 and this order, as of July 25, 2005 there will be fourteen (**14**) days of non-excludable time under the Speedy Trial Act (January 10, 2005 - January 23, 2005) and fifty-six (**56**) days will remain under the Speedy Trial Act in which this case must be tried.

       / s / Judith Gail Dein
      JUDITH GAIL DEIN
      United States Magistrate Judge