UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 04-10343-NG** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HECTOR OQUENDO** | ) | |
| **True name: Julio Francisco Molina** | ) | |
| | ) | |

## MOTION TO WITHDRAW REQUEST FOR RELEASE AND FOR A HEARING REGARDING RELEASE PENDING SENTENCING

Now comes defendant, HECTOR OQUENDO, and hereby withdraws his Motion for Release and Request for a Hearing Regarding Release Pending Sentencing. This motion was originally filed September 12, 2005.

>
> Respectfully submitted,
> **HECTOR OQUENDO**
> By his attorneys,
>
>
> /s Christie M. Charles
> _____
> George F. Gormley (BBO# 204140)
> Christie M. Charles (BBO# 646995)
> *George F. Gormley, P.C.*
> 655 Summer Street
> Boston, MA 02210
> (617) 478-2750

**Dated**:      September 19, 2005