UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10343-NG |
| ) | |
| v. ) | |
| ) | |
| HECTOR OQUENDO ) | |
| True name: Julio Francisco Molina ) | |
| ) | |

**DEFENDANT HECTOR OQUENDO'S SENTENCING MEMORANDUM**

Now comes defendant HECTOR OQUENDO, through counsel, and hereby submits this Memorandum in preparation for his sentencing.

**I.     Mr. Oquendo's Position Regarding His Guideline Sentencing Range**

As set forth in the Presentence Report ("PSR"), the Probation Officer has calculated the Guideline Sentencing Range to be 10 to 16 months[1].  In arriving at this GSR, the Probation Officer contends that pursuant to U.S.S.G. § 2B1.1(a) (as contained in the November 1, 2002 Guideline Manual), the base offense level attributable to Mr. Oquendo is 6.  Defendant agrees that this is the correct base offense level.  The base offense level is then adjusted by four (4) points pursuant to U.S.S.G. § 2B1.1(b)(1)(C) based on the Probation Officer's calculation that the amount of loss is greater than $10,000.00.  Finally, the base offense level is also adjusted by two (2) points for obstruction of justice, which is based on the fact that Mr. Oquendo gave a false name to the Court and Pretrial Services when initially brought in on the charges at issue.  The Probation Officer then denies Mr. Oquendo a reduction for acceptance of responsibility, thereby making the total offense level 12.

---

[1] The Probation Officer correctly assigns Mr. Oquendo a Criminal History Category of I.

Mr. Oquendo hereby renews three (3) objections to the total offense level calculation contained in the PSR.  First, Defendant objects to the two-level increase for obstruction of justice.  It is defendant's position that while he misstated his true identity the first time that he appeared in Court, he informed his attorney almost immediately thereafter that he was not really Hector Oquendo[2].  Defendant submits that he misstated his identity at the beginning of this case because he was nervous and did not understand what was happening.  He did, however, inform undersigned counsel of his real name and citizenship almost immediately after his arraignment.  Additionally, undersigned counsel informed the Government and Pretrial Services of Mr. Oquendo's actual identity shortly after he became aware of it.  While it is true that the first time Mr. Oquendo disclosed his true identity in open court was at his Rule 11 hearing, that was certainly not the first time that Mr. Oquendo revealed that he had initially provided false information.  The Rule 11 hearing was the first occasion Mr. Oquendo was in a courtroom in this case with an assumed obligation to speak truthfully.

Finally, it is defendant's position that the fact that he initially provided a false identity did not impair the ability of the Pretrial Services Department to conduct its investigation – with regard to defendant's criminal history or otherwise.  Defendant has been detained since his arrest; therefore, this is not a situation where providing a false identity resulted in a defendant obtaining pre-trial release by providing fraudulent information.  Further, the Government (through

---

[2] For the sake of consistency and to avoid any confusion, counsel will continue to refer to the defendant as "Hector Oquendo" as that is the name under which he was indicted.

Assistant Untied States Attorney Seth Berman) has known that Mr. Oquendo's true identity is Julio Francisco Molina since early in the case[3].

Similarly, defendant objects to the Probation Officer's denial of a reduction to his offense level for acceptance of responsibility. As explained more fully above, Mr. Oquendo revealed his true identity to his counsel – who, in turn, revealed it to the attorney for the Government and to Pretrial Services – early on in this case. Mr. Oquendo clearly accepted responsibility in a timely manner and permitted the government to avoid preparing for trial. Mr. Oquendo has therefore fully accepted responsibility and is entitled to a reduction for that acceptance.

Finally, defendant objects to the four level increase to his base offense level pursuant to U.S.S.G. § 2B1.1(b)(1)(C). Defendant objects to the amount of loss calculated by the Probation Officer on the grounds that the loss is not $17,966.90 just because Mitsubishi Motor Credit of America was later able to sell the car at auction for $17,005.00. The amount of money an item sells for at a wholesale automobile auction does not represent the fair market value of the item. Rather, defendant states that the amount of loss should be less than ten thousand dollars ($10,000.00). In furtherance of this contention, defendant submits the enclosed "blue book" listing showing the value of a 2003 Mitsubishi Eclipse Spyder GTS as $28,267.00. The amount of the loss would therefore be $6,204.90. Given a loss amount of less than $10,000.00, a 2 level increase should be applied pursuant to § 2B1.1(b)(1)(B).

---

[3] Defendant notes that he never stated that his name was "Oscar Figueroa" or "Juan David Restrepo Jiminez" – and contrary to the statement of the Probation Officer, there were not "several detention hearings" in this case.

Defendant respectfully submits, therefore, that his total offense level should actually be 6. This is based on the fact that Mr. Oquendo contends that he should be given 2 points for acceptance of responsibility. Given a total offense level of 6, and a Criminal History Category of I, it is Mr. Oquendo's position that his GSR is 0-6 months and he should be sentenced to time served.

## II.     Mr. Oquendo's Position Regarding Restitution

18 U.S.C. § 3663, entitled "Order of restitution," provides at subsection (B)(i) that the court shall consider the following two (2) factors in determining whether to order restitution: (I) the amount of the loss sustained by each victim as a result of the offense and (II) the financial resources of the defendant, the financial needs and earning ability of the defendant and the defendant's dependents, and such other factors as the court deems appropriate.

In the present case, the Pre-Sentence Report accurately reflects that Mr. Oquendo's total assets are approximately $1,500.00. As defendant has been incarcerated since December 9, 2004, his monthly cash flow has been zero for the past ten (10) months. Defendant therefore contends that he does not have the financial resources necessary to satisfy an order of restitution in the amount requested by the Probation Officer.

8 U.S.C. § 1101(a)(43) provides the following definition of "aggravated felony" at sub-section (M) as "an offense that – (i.) involves fraud or deceit in which the loss to the victim or victims exceeds $10,000.00." Should defendant be ordered to pay restitution in the amount of $17, 966.90 (as suggested at ¶ 124), he says the sum is beyond his means to repay. He suggests a

sum of $6,204.90 represents the actual loss in this matter, though if that amount is ordered as restitution, Mr. Oquendo still does not have the means to repay it.

Defendant contends that while deportation is a "collateral consequence" of his conviction, it is a significant consequence. Mr. Oquendo has lived in the United States since approximately 2000, and considers it his home – particularly in light of the fact that both of his children are United States citizens. Should the Court determine that a restitution order is appropriate, Defendant therefore recommends that restitution be set in the amount of $ 6,204.90

Respectfully submitted,
**HECTOR OQUENDO**
By his attorneys,

/s Christie M. Charles

George F. Gormley (BBO# 204140)
Christie M. Charles (BBO# 646995)
***George F. Gormley, P.C.***
655 Summer Street
Boston, MA 02210
(617) 478-2750

**Dated**:   October 12, 2005

## 128 MITSUBISHI

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 11600 | Coupe 2D GS | C44G | 18702 | 2965 | 10625 | 14850 |
| 13700 | Coupe 2D GT (V6) | C84H | 20902 | 3142 | 12350 | 16125 |
| 15200 | Coupe 2D GTS (V6) | C74H | 23902 | 3241 | 13700 | 17700 |
| 15125 | Convertible 2D GS Spyder | E45G | 23702 | 3097 | 13625 | 17625 |
| 16625 | Convertible 2D GT Spyder (V6) | E55H | 25802 | 3296 | 14975 | 19225 |
|  | Convertible GTS Spyder (V6) | E75H | 28182 | 3329 |  |  |

**GALANT/ECLIPSE OPTIONS**
| | | | | | | |
|---|---|---|---|---|---|---|
| 325 | Add A/A Wheels (Std. Galant GTS, Eclipse) | | | | 325 | 375 |
| 300 | Add Infinity Stereo (Std. GTS, Spyder) | | | | 300 | 350 |
| 450 | Add Leather Seats (Std. GTS) | | | | 450 | 500 |
| 200 | Add Power Seat (Std. GTS) | | | | 200 | 225 |
| 550 | Add Power Sunroof (Std. GTS) | | | | 550 | 625 |
| 100 | Add Theft Recovery System | | | | 100 | 125 |
| 575 | Deduct W/out Automatic Trans. | | | | 575 | 575 |

**2004 DIAMANTE-V6** — Mileage Class: II
Veh. Ident.: 6MMA(Model)P()4T000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 13575 | Sedan 4D ES | P57 | $24999 | 3505 | 12225 | 16050 |
| 15200 | Sedan 4D VR-X | P87 | 26819 | 3560 | 13700 | 17775 |
| 15125 | Sedan 4D LS | P67 | 27619 | 3582 | 13625 | 17675 |
| 525 | Add Leather Seats (Std. LS) | | | | 525 | 600 |
| 100 | Add Theft Recovery System | | | | 100 | 125 |

## MITSUBISHI
**2003 LANCER-4 Cyl.** — Mileage Class: I
Veh. Ident.: JA3A(Model)F(3)000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 7425 | Sedan 4D ES | J26 | $14017 | 2646 | 6700 | 9125 |
| 8125 | Sedan 4D LS | J36 | 16047 | 2734 | 7325 | 9925 |
| 8775 | Sedan 4D O-Z Rally | J86 | 15747 | 2701 | 7900 | 10625 |
| 22275 | Evolution (5 Spd., AWD) | H66 | 28392 | 3263 | 20050 | 25075 |
| 450 | Add Power Sunroof | | | | 450 | 500 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |
| 425 | Deduct W/out AT (Ex. Evolution) | | | | 425 | 425 |

**2003 GALANT-4 Cyl.** — Mileage Class: II
Veh. Ident.: 4A3A(Model)()3E000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 8300 | Sedan 4D DE | A36G | $17767 | 3031 | 7475 | 10200 |
| 8575 | Sedan 4D ES | A46G | 18577 | 3075 | 7725 | 10475 |
|  | Sedan 4D ES (V6) | A46H | 19997 | 3252 | 9175 | 12300 |
| 11200 | Sedan 4D LS (V6) | A46H | 23187 | 3274 | 10100 | 13400 |
| 11975 | Sedan 4D GTZ (V6) | A46H | 24467 | 3296 | 10800 | 14225 |

**2003 ECLIPSE-4 Cyl.** — Mileage Class: II
Veh. Ident.: 4A3A(Model)()3E000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 9800 | Coupe 2D RS | C34G | $18137 | 2910 | 8825 | 11850 |
| 10175 | Coupe 2D GS | C44G | 19037 | 2965 | 9175 | 12300 |
| 11875 | Coupe 2D GT (V6) | C84H | 21227 | 3142 | 10700 | 14125 |
| 13200 | Coupe 2D GTS (V6) | C74H | 24197 | 3241 | 11900 | 15600 |
| 12300 | Convertible 2D GS Spyder | E45G | 23617 | 3097 | 11975 | 15700 |
| 14700 | Convertible 2D GT Spyder (V6) | E55H | 25697 | 3296 | 13250 | 17175 |
| 15275 | Convertible GTS Spyder (V6) | E75H | 28267 | 3329 | 13750 | 17800 |

**GALANT/ECLIPSE OPTIONS**
| | | | | | | |
|---|---|---|---|---|---|---|
| 275 | Add A/A Wheels (Std. Galant LS/GTZ, Eclipse) | | | | 275 | 325 |
| 250 | Add Infinity (Std. Galant LS/GTZ, GTS, Spyder) | | | | 250 | 300 |
| 400 | Add Leather Seats (Std. Galant GTZ, GTS) | | | | 400 | 450 |
| 175 | Add Power Seat (Std. Galant GTZ, GTS) | | | | 175 | 200 |

## MITSUBISHI 129

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 500 | Add Power Sunroof (Std. Galant LS/GTZ, GTS) | | | | 500 | 575 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |
| 525 | Deduct W/out Automatic Trans. | | | | 525 | 525 |

**2003 DIAMANTE-V6** — Mileage Class: III
Veh. Ident.: 6MMA(Model)P()3T000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 11525 | Sedan 4D ES | P57 | $25977 | 3439 | 10375 | 13825 |
| 13175 | Sedan 4D VR-X | P87 | 27097 | 3549 | 11875 | 15625 |
| 13500 | Sedan 4D LS | P67 | 26447 | 3549 | 12150 | 15975 |
| 300 | Add Infinity Stereo (Std. LS) | | | | 300 | 350 |
| 475 | Add Leather Seats (Std. LS) | | | | 475 | 550 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |

**MITSUBISHI**
**2002 MIRAGE-4 Cyl.** — Mileage Class: I
Veh. Ident.: JA3A(Model)()2()000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 4400 | Coupe 2D DE | Y11 | $11937 | 2183 | 3975 | 5800 |
| 5100 | Coupe 2D LS | Y31 | 14787 | 2293 | 4600 | 6575 |

**2002 LANCER-4 Cyl.** — Mileage Class: I
Veh. Ident.: JA3A(Model)E(2)()000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 6075 | Sedan 4D ES | J26 | $13697 | 2646 | 5475 | 7625 |
| 6650 | Sedan 4D LS | J36 | 15697 | 2734 | 6000 | 8250 |
| 7150 | Sedan 4D O-Z Rally | J86 | 15487 | 2701 | 6450 | 8625 |

**MIRAGE/LANCER OPTIONS**
| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | Add Aluminum/Alloy Wheels (Std. Lancer LS/O-Z) | | | | 200 | 225 |
| 75 | Add Compact Disc Player (Coupe DE) | | | | 75 | 100 |
| 100 | Add Power Door Locks (Coupe DE) | | | | 100 | 125 |
| 400 | Add Power Sunroof | | | | 400 | 450 |
| 125 | Add Power Windows (Coupe DE) | | | | 125 | 150 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |
| 450 | Deduct W/out Air Conditioning | | | | 450 | 450 |
| 375 | Deduct W/out Automatic Trans. | | | | 375 | 375 |

**2002 GALANT-4 Cyl.** — Mileage Class: II
Veh. Ident.: 4A3A(Model)()2E000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 6775 | Sedan 4D DE | A36G | $17707 | 3031 | 6100 | 8525 |
| 7025 | Sedan 4D ES | A46G | 18517 | 3075 | 6325 | 8800 |
| 8425 | Sedan 4D ES (V6) | A46H | 20417 | 3252 | 7600 | 10325 |
| 7900 | Sedan 4D LS | A46G | 21117 | 3108 | 7125 | 9750 |
| 9300 | Sedan 4D LS (V6) | A46H | 22817 | 3274 | 8375 | 11325 |

**2002 ECLIPSE-4 Cyl.** — Mileage Class: II
Veh. Ident.: 4A3A(Model)()2E000001 Up.

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 8575 | Coupe 2D RS | C34G | $18087 | 2855 | 7725 | 10475 |
| 8900 | Coupe 2D GS | C44G | 18957 | 2944 | 8025 | 10825 |
| 10400 | Coupe 2D GT (V6) | C84H | 21147 | 3120 | 9375 | 12550 |
| 11825 | Convertible 2D GS Spyder | E45G | 23617 | 3042 | 10650 | 14075 |
| 13125 | Convertible 2D GT Spyder (V6) | E85H | 25597 | 3241 | 11825 | 15525 |

**GALANT/ECLIPSE OPTIONS**
| | | | | | | |
|---|---|---|---|---|---|---|
| 225 | Add A/A Wheels (Std. Galant LS/GTZ, Eclipse) | | | | 225 | 250 |
| 200 | Add Infinity (Std. Galant LS/GTZ, Spyder) | | | | 200 | 225 |
| 350 | Add Leather Seats (Std. Galant GTZ) | | | | 350 | 400 |
| 150 | Add Power Seat (Std. Galant GTZ) | | | | 150 | 175 |
| 450 | Add Power Sunroof (Std. Galant LS/GTZ, GTS) | | | | 450 | 500 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |
| 475 | Deduct W/out Automatic Trans. | | | | 475 | 475 |

**ADJUST FOR MILEAGE - ADJUST FOR CONDITION**
**NEW ENGLAND EDITION - OCTOBER 2005**